UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AWILDA RODRIGUEZ | : | |
| | : | |
| VS. | : | CIVIL NO. 3:19cv632(KAD) |
| | : | |
| CITY OF HARTFORD | : | SEPTEMBER 22, 2022 |

**STIPULATION TO DISMISS WITH PREJUDICE**

The parties stipulate that this action be dismissed with prejudice and without costs.

                THE PLAINTIFF

                BY:    */s/   (ct00215)*
                     JOHN R. WILLIAMS (ct00215)
                     51 Elm Street
                     New Haven, CT 06510
                     203-562-9931
                     Fax: 203-776-9494
                     jrw@johnrwilliams.com

THE DEFENDANT

BY: _____/s/_____
     LISA S. LAZAREK (ct15001)
     Metzger Lazarek & Plumb LLC
     56 Arbor Street, Suite 413
     Hartford, CT 06106
     860-549-5026
     Fax: 860-549-5224
     llazarek@metzlaz.com